7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Joe Hemphill
Plaintiff

v.

University of Illinois
Medical Center, et al.,
Defendant(s)

07CV7225
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Joe Hemphill__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __N80075__  Name of prison or jail: _____
   Do you receive any payment from the institution?  ☐Yes  ☒No   Monthly amount: _____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __2-16-1988__
      Monthly salary or wages: __$3,200__
      Name and address of last employer: __J+H Auto Rebuilders__
      __12526 95th St__

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages     ☐Yes  ☒No
      Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes    ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property: NONe    Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes    ☒No
Property: NONe
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 12-12-07

_Joe Hemphill N80075_
(Signature of Applicant)

_Joe Hemphill_
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Joe Hemphill_, I.D.# _N80075_, has the sum of $ _131.12_ on account to his/her credit at (name of institution) _Stateville CC_.
I further certify that the applicant has the following securities to his/her credit: _—_. I further certify that during the past six months the applicant's average monthly deposit was $ _74.78_.
(Add all deposits from all sources and then divide by number of months).

12-12-07
DATE

_T. C_____
SIGNATURE OF AUTHORIZED OFFICER

_T. Cirricione_
(Print name)

Rev. 7/18/02

Date: 12/12/2007  
Time: 1:28pm  
d_list_inmate_trans_statement_composite

Case 1:07-cv-07225   Document 3   Filed 12/26/2007   Page 4 of 5

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/12/2007 thru End;   Inmate: N80075;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N80075 Hemphill, Joe**          **Housing Unit: STA-C -02-46**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 84.39 |
| 06/13/07 | Payroll | 20 Payroll Adjustment | 1641148 | | P/R month of 05/2007 | 2.38 | 86.77 |
| 06/14/07 | Point of Sale | 60 Commissary | 1657150 | 497327 | Commissary | -21.00 | 65.77 |
| 06/15/07 | Mail Room | 01 MO/Checks (Not Held) | 1662164 | 05752236925 | Hemphill, Shirley | 25.00 | 90.77 |
| 06/22/07 | Point of Sale | 60 Commissary | 1737135 | 498368 | Commissary | -9.84 | 80.93 |
| 07/02/07 | Mail Room | 01 MO/Checks (Not Held) | 1832164 | 703784 | Stanford, Traci | 25.00 | 105.93 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.00 | 115.93 |
| 07/11/07 | Point of Sale | 60 Commissary | 1927142 | 499444 | Commissary | -39.82 | 76.11 |
| 07/20/07 | Point of Sale | 60 Commissary | 201781 | 499965 | Commissary | 39.82 | 115.93 |
| 07/24/07 | Point of Sale | 60 Commissary | 2057137 | 500414 | Commissary | -12.28 | 103.65 |
| 07/25/07 | Mail Room | 01 MO/Checks (Not Held) | 2062164 | 05754383976 | Hemphill, Shirley | 25.00 | 128.65 |
| 08/02/07 | Point of Sale | 60 Commissary | 2147142 | 501495 | Commissary | -45.24 | 83.41 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | 10.00 | 93.41 |
| 08/14/07 | Point of Sale | 60 Commissary | 226781 | 502892 | Commissary | -38.30 | 55.11 |
| 08/27/07 | Point of Sale | 60 Commissary | 2397150 | 504284 | Commissary | -18.25 | 36.86 |
| 09/13/07 | Point of Sale | 60 Commissary | 256783 | 506074 | Commissary | -22.82 | 14.04 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | 3.40 | 17.44 |
| 09/17/07 | Disbursements | 80 Postage | 260390 | Chk #136224 | 12010, DOC: 523 Fund Inmate Re, Inv. Date: 09/13/2007 | -.97 | 16.47 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 2612164 | 08242839358 | Hemphill, Venus | 25.00 | 41.47 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 2612164 | 08242839314 | Hemphill, Venus | 50.00 | 91.47 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 2612164 | 08242839347 | Hemphill, Venus | 50.00 | 141.47 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 2612164 | 08242839336 | Hemphill, Venus | 50.00 | 191.47 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 2612164 | 08242839325 | Hemphill, Venus | 50.00 | 241.47 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 2622164 | 05754397814 | Hemphill, Shirley | 25.00 | 266.47 |
| 09/21/07 | Point of Sale | 60 Commissary | 2647137 | 507349 | Commissary | -13.24 | 253.23 |
| 10/04/07 | Point of Sale | 60 Commissary | 2777137 | 508502 | Commissary | -29.98 | 223.25 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 4.08 | 227.33 |
| 10/10/07 | Point of Sale | 60 Commissary | 2837142 | 509568 | Commissary | -43.72 | 183.61 |
| 10/18/07 | Point of Sale | 60 Commissary | 2917142 | 510753 | Commissary | -15.10 | 168.51 |
| 11/02/07 | Mail Room | 01 MO/Checks (Not Held) | 3062164 | 020311840 | Williams, Myra | 50.00 | 218.51 |
| 11/07/07 | Point of Sale | 60 Commissary | 3117142 | 512127 | Commissary | -52.17 | 166.34 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 10.00 | 176.34 |
| 11/13/07 | Point of Sale | 60 Commissary | 317781 | 513236 | Commissary | -27.95 | 148.39 |
| 11/20/07 | Point of Sale | 60 Commissary | 3247135 | 514545 | Commissary | -12.93 | 135.46 |
| 11/30/07 | Disbursements | 80 Postage | 334390 | Chk #137439 | g1129234, DOC: 523 Fund Inmate, Inv. Date: 11/29/2007 | -1.23 | 134.23 |
| 12/04/07 | Point of Sale | 60 Commissary | 3387137 | 515730 | Commissary | -7.40 | 126.83 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447137 | 516673 | Commissary | -27.36 | 99.47 |
| 12/10/07 | Point of Sale | 60 Commissary | 3447137 | 516675 | Commissary | -2.19 | 97.28 |
| 12/12/07 | Mail Room | 01 MO/Checks (Not Held) | 3462164 | 08243089200 | Hemphill, Shirley | 25.00 | 122.28 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.84 | 131.12 |

REPORT CRITERIA - Date: 06/12/2007 thru End;   Inmate: N80075;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N80075 Hemphill, Joe**             **Housing Unit: STA-C -02-46**

|   |   |
|---|---:|
| Total Inmate Funds: | 131.12 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 131.12 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |