UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)

JOE HEMPHILL,
v.

Defendant(s)

UNIVERSITY OF ILLINOIS MEDICAL
CENTER, ET AL.,

07CV7225
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __JOE HEMPHILL__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:



3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

X __Joe Hemphill N-80075__
Movant's Signature

__P.O. Box 112__
Street Address

__Joliet IL 60434__
City/State/Zip

Date: __12-17-07__

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| | | | Outgoing Legal Mail Log | | | | |
|---|---|---|---|---|---|---|---|
| Inmate | Last Name | First Name | Date | To: Recipient | | | P/C/U |
| N80075 | HEMPHILL | JOE | 10/14/2006 | IDOC ARB | SFPD | IL | PKG |
| N80075 | HEMPHILL | JOE | 10/25/2006 | ARB | SPFD | IL | PKG |
| N80075 | HEMPHILL | JOE | 12/20/2006 | KEVIN PETERS ATTY | CHICAGO | IL | |
| N80075 | HEMPHILL | JOE | 12/28/2006 | IDOC DIR | SPFD | IL | |
| N80075 | HEMPHILL | JOE | 2/8/2007 | PEOPLE'S LAW OFFICE | CHICAGO | IL | |

To the Court:  I wrote the above attorneys seeking representation.  They declined.

## AFFIDAVIT

FILED
DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Jesse M. Hatch, Register Number N-32521, state that pursuant to the penalties of perjury (735 ILCS 5/1-109 (West 2006), state that the foregoing statements are true and correct both in substance and fact.

1. I am an inmate law clerk at the Stateville Correctional Center, Joliet, Illinois, and I assisted Mr. Joe Hemphill, in the preparation of the instant lawsuit.

2. It is my belief and opinion, after assisting Mr. Hemphill, that he has no legal knowledge or experience to proceed with this medical lawsuit on his own. The medical issues are extremely complex and deserves the attention of an attorney.

3. Mr. Hemphill will be a great disadvantage should this matter go to trial.

4. In the interest of fairness, Mr. Hemphill is a 60 year old man and currently recovering from prostrate cancer.

5. The appointment of counsel would greatly assist the court.

*Jesse M. Hatch*