# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7225 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Joe Hemphill vs. University of Illinois Medical Center, et al. | | |

**DOCKET ENTRY TEXT**

On January 3, 2008, we denied Plaintiff Joe Hemphill's ("Hemphill") motion for leave to proceed *in forma pauperis* since he failed to provide accurate information on his *in forma pauperis* application form. We also gave Hemphill until January 28, 2008, to pay the filing fee, and we warned him that if he failed to pay the filing fee by January 28, 2008, this action would be dismissed. The deadline has passed and the docket does not reflect that Hemphill has paid the filing fee. Therefore, we dismiss the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|